JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF LOS ANGELES, et al., <br><br>     Plaintiffs, <br><br> v. <br><br> LUCANNA, LLC et al., <br>     Defendants. | CV 22-1654 DSF (MRWx) <br><br> Order REMANDING Action |

    Defendant removed this case from state court based on federal question jurisdiction. Dkt. 1 (Notice of Removal).

    There are no federal claims asserted in the complaint. Federal jurisdiction is based on the plaintiff's complaint and not on any counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.

Date: March 18, 2022

                                              Dale S. Fischer
                                              United States District Judge